IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GN NETCOM, INC.<br><br>        Defendant. | C.A. No. 14-252-SLR |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sapphire Dolphin LLC and Defendant GN Netcom, Inc., by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims in this action between Plaintiff and the Defendant are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated: May 22, 2014

| | |
|---|---|
| BAYARD, P.A. | PROCTOR HEYMAN LLP |
| */s/ Sara E. Bussiere* | */s/ Dominick T. Gattuso* |
| Richard D. Kirk (#922) | Dominick T. Gattuso (#3630) |
| Stephen B. Brauerman (#4952) | 300 Delaware Avenue, Suite 200 |
| Vanessa R. Tiradentes (#5398) | Wilmington, Delaware 19801 |
| Sara E. Bussiere (#5725) | (302) 472-7300 |
| 222 Delaware Avenue, Suite 900 | DGattuso@proctorheyman.com |
| P.O. Box 25130 | |
| Wilmington, DE  19899 | *Attorneys for Defendant GN Netcom, Inc.* |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayarlaw.com | |
| | |
| *Attorneys for Plaintiff*<br>*Sapphire Dolphin LLC* | |